No. 906. THE HARTFORD RUBBER WORKS COMPANY, PETITIONER, *v.* METALLIC RUBBER TIRE COMPANY. January 13, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Livingston Gifford* for the petitioner. *Mr. Norman Johnson* for the respondent.

---

No. 908. CHARLES GRING, OWNER, ETC., PETITIONER, *v.* ROSA LEE CHERRY, ADMINISTRATRIX, ET AL. January 13, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Howard M. Long, Mr. J. Parker Kirlin* and *Mr. Edward R. Baird, Jr.,* for the petitioner. *Mr. Henry Bowden* for the respondent.

---

No. 909. ROYAL BOSWORTH YOUNG ET AL., PETITIONERS, *v.* UNITED ZINC COMPANIES ET AL. January 13, 1913. Petition for writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Lewis Marks* and *Mr. R. B. Young* for the petitioners. *Mr. Samuel Williston* and *Mr. Hollis R. Bailey* for the respondents.

---

No. 910. J. G. BRILL COMPANY, PETITIONER, *v.* THE BEMIS CAR BOX COMPANY. January 13, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. J. Edgar Bull, Mr. Alexander Simpson, Jr.,* and *Mr. Francis Rawle* for the petitioner. *Mr. John G. Johnson, Mr. Henry P. Brown* and *Mr. Antonio Knauth* for the respondent.